UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES TRENT,<br><br>           Petitioner,<br><br>  vs.<br><br>MAGGIE MILLER-STOUT,<br><br>           Respondent. | NO. CV-08-351-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION AS TIME BARRED |

Magistrate Judge James P. Hutton filed a Report and Recommendation on January 8, 2009, recommending that Petitioner Charles Trent's habeas corpus petition be dismissed as time-barred under 42 U.S.C. § 2244(d). Petitioner commenced this action with the assistance of attorney Richard B. Kayne; Respondent Maggie Miller-Stout has not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Petition is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal with prejudice, forward copies to Petitioner and counsel, and close the file.

**DATED** this _____3rd_____ day of February 2009.


                                        S/ Edward F. Shea
                                        EDWARD F. SHEA
                         UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\351.DA.AdoptRR.wpd

ORDER -- 1