AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHARLES TRENT,
        Petitioner,

v.

MAGGIE MILLER-STOUT,
        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-351-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition is dismissed with prejudice pursuant to the Order Adopting Report and Recommendation and Dismissing Petition as Time Barred entered on February 3, 2009, Ct Rec 6.

February 3, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas